UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRANK WISNIEWSKIL, et al.,<br><br>      Plaintiff(s),<br><br>    v.<br><br>JOHNSON CONTROLS, INC.,<br><br>      Defendant(s). | 22-CV-10287 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

  On November 3, 2023, the Court directed the parties to file a joint letter by November 16, 2023. ECF No. 28. That submission is now overdue. Accordingly, by November 30, 2023, the parties shall file their joint letter.

  SO ORDERED.

Dated: November 20, 2023
    New York, New York

                            DALE E. HO
                         United States District Judge