## MENKEN SIMPSON & ROZGER LLP

80 PINE STREET, 33RD FLOOR
NEW YORK, NEW YORK 10005

TELEPHONE: (212) 509-1616

FACSIMILE: (212) 509-8088

WWW.NYEMPLOYEELAW.COM

SO ORDERED.

Robert W. Lehrburger, USMJ
Jan. 29., 2024

BRUCE E. MENKEN
SCOTT SIMPSON
JASON J. ROZGER △
BRENNA RABINOWITZ
RAYA F. SAKSOUK

△ ALSO ADMITTED NJ

ALAN SERRINS
OF COUNSEL

January 29, 2024

Hon. Robert W. Lehrburger
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re:  *Wisniewski v. Johnson Controls, Inc.,* 22-cv-10287(PGG)(RWL)

Your Honor:

As detailed in my email to chambers on Friday, January 26, Plaintiffs wish to subpoena certain documents relevant to this case from the New York State Department of Labor (DOL), which conducted an investigation of some of Defendants' prevailing wage practices.  Defendants do not object to this subpoena.  However, the DOL will not accept such a subpoena unless it is so-ordered, see https://dol.ny.gov/service-process.  Accordingly, we ask that the Court so-order this subpoena.

Thank you for the Court's consideration of this matter.

Sincerely,

/s/

Jason Rozger