UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRANK WISNIEWSKI,<br><br>                      Plaintiff,<br><br>         v.<br><br>JOHNSON CONTROLS, INC., et al.,<br><br>                      Defendants. | 22-CV-10287 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

       This case was reassigned to the undersigned on October 28, 2023.  On November 3, 2023, the Court ordered the parties to appear for a post-discovery conference on May 2, 2024, at 11:00 a.m. (E.T.).  ECF No. 28.  On February 5, 2024, the parties requested a 60-day extension of then-current fact and expert discovery deadlines.  ECF No. 34.  The following day, Magistrate Judge Lehrburger granted the parties' request, *see* ECF No. 35, such that the fact discovery deadline in this case is now April 21, 2024, and the expert discovery deadline is now June 10, 2024.  Correspondingly, the post-discovery conference scheduled to take place on May 2, 2024, is now ADJOURNED to **July 11, 2024, at 11:30 a.m. (E.T.)**.  The parties shall dial 646-453-4442, enter the meeting code 13104429, and press pound (#).

       SO ORDERED.

Dated: April 16, 2024
       New York, New York

                                                                        DALE E. HO
                                                        United States District Judge