UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRANK WISNIEWSKI,<br><br>       Plaintiff,<br><br>  v.<br><br>JOHNSON CONTROLS, INC., et al.,<br><br>       Defendants. | 22-CV-10287 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

Due to an unforeseen scheduling conflict, the post-discovery conference scheduled to take place on July 11, 2024, at 11:30 a.m. (E.T.) shall instead take place on **July 12, 2024, at 2:00 p.m. (E.T.)**. The dial-in information remains unchanged. Accordingly, the parties shall dial 646-453- 4442, enter the meeting code 13104429, and press pound (#).

By no later than **July 8, 2024**, the parties shall file a joint status letter on ECF. The letter shall state whether any party intends to file a dispositive motion. The letter shall further describe the efforts the parties have made to settle the action and state whether the parties request a referral for settlement discussions before the assigned Magistrate Judge or through the District's Mediation Program.

  SO ORDERED.

Dated: July 3, 2024
   New York, New York

                        DALE E. HO
                      United States District Judge