```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
FRANK WISNIEWSKI, ET AL.,            :
                                     :   22-CV-10287 (DEH) (RWL)
                        Plaintiffs,  :
                                     :
          - against -                :   ORDER
                                     :
                                     :
JOHNSON CONTROLS, INC,               :
                                     :
                        Defendant.   :
                                     :
---------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

The Court has considered the parties' correspondence regarding Defendant's request to compel the NYSDOL to produce its 30(b)(6) witness again based on inadequate preparation and unjustified directions not to answer. The application is granted: NYSDOL shall (1) produce Matthew Myers for continued deposition via Zoom on a mutually-convenient date; (2) ensure that Mr. Myers is properly prepared to testify in compliance with Fed. R. Civ. P. 30(b)(6); and (3) not instruct Mr. Myers not to answer questions except (i) as permitted under Fed. R. Civ. P. 30(c)(2), and (ii) to the extent the questions pose hypothetical questions that are phrased to solicit indirect testimony related to the ongoing investigation. (With respect to question 2 framed by NYSDOL in Mr. Kupferberg's email of August 23, 2024 (ECF 66-2 at 4) – although the framing as posed is hypothetical (because of "if"), the question can be rephrased so as not to be hypothetical.)

The Clerk of Court is directed to terminate the letter motion at ECF 65.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: September 13, 2024
      New York, New York

Copies transmitted this date to all counsel of record.