```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/26/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FRANK WISNIEWSKI, ET AL.

                        Plaintiffs,

     - against -

JOHNSON CONTROLS, INC,

                        Defendant.
------------------------------------------------------------X

22-CV-10287 (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

By March 10, 2025, the parties shall file a joint letter either (1) stating their agreement and intent to modify the settlement agreement release and covenant-not-to-sue provisions to include the modifier "wage-related" before (a) in section 2, before the word "claims" in the fourth line from the bottom, and (b) in section 5, before the word "claim" in the second line from the bottom; or (2) explaining why the terms extending the release and covenant not to sue to any claims that could have been brought – without limitation to claims that are wage-related – are fair, reasonable, and acceptable under Second Circuit law.

                        SO ORDERED.

                        _____
                        ROBERT W. LEHRBURGER
                        UNITED STATES MAGISTRATE JUDGE

Dated: February 26, 2025
       New York, New York

Copies transmitted this date to all counsel of record.

1